# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLAND LAVEL JACKSON,
                           Appellant,
            vs.
BRIAN WILLIAMS, WARDEN,
                           Respondent.

No. 79741

FILED

NOV 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on September 20, 2017. Appellant did not file the notice of appeal, however, until September 27, 2019, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                     Silver

19-47079

cc:    Hon. Valerie Adair, District Judge
        Marland Lavel Jackson
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk